

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00237-CR

IN RE ANDREW LEE GRAY

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Andrew Lee Gray has filed a petition for a writ of mandamus, asking this Court to direct the Honorable Bill Miller, judge of the 5th Judicial District Court of Cass County, to (1) enforce this Court's judgment in our cause number 06-04-00025-CR and (2) "grant jail time that is the result of the charge or charges on which a prisoner is held, particularly when the prisoner has served time in access [sic] of his sentence." We deny Gray's requested mandamus relief.

## I. Background

In January 2004, a jury found Gray guilty of the following crimes and assessed the corresponding sentences: (1) attempted capital murder of a peace officer (life sentence), (2) aggravated assault of a peace officer (life sentence), and (3) taking a weapon from a peace officer (ten-year sentence). Gray appealed to this Court, arguing, among other things, that the State presented insufficient evidence to support the jury's guilty verdicts. On July 7, 2005, this Court found that there was partial error in the trial court's judgment. Our judgment stated,

> Therefore, it is **ORDERED** that the judgment of the court below is **VACATED** as to Gray's conviction for aggravated assault, and the judgment is **REFORMED** to reflect only convictions for attempted capital murder and taking a weapon from a peace officer. In all other things, the judgment is **AFFIRMED**.

On November 2, 2022, Gray filed a motion for nunc pro tunc pronouncement of judgment and sentence informing the trial court that it had not complied with "the mandate of the Sixth Court of Appeals to remove the conviction for aggravated assault" from the trial court's judgment. On July 20, 2023, the trial court denied Gray's motion. On November 20, 2023, Gray filed his original petition for a writ of mandamus to compel the lower court to enforce this Court's judgment, asking that we direct the trial court to enter a corrected judgment and to award

2

him credit for time served toward his ten-year sentence, which resulted from his conviction for taking a weapon from a peace officer.

## II.    Conclusion

The Court, having examined and fully considered the petition for a writ of mandamus, the record, and the applicable law, is of the opinion that the petition should be denied.

Accordingly, we deny Gray's petition for a writ of mandamus.


Jeff Rambin
Justice

Date Submitted:    December 4, 2023
Date Decided:      December 5, 2023

Do Not Publish

3